CASE NO. B-15-mj-1052
INSTRUMENT NO. 1



United States District Court
Southern District of Texas
FILED

NOV 13 2015

Clerk of Court

DESCRIPTION OF CONTENTS: Application for a Search Warrant

SEALED BY ORDER OF THE COURT